UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICIA MANN,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 21-cv-05630-RS

**JUDGMENT**

Pursuant to the order on the parties' cross-motions for summary judgment entered this date, judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED**.

Dated: December 11, 2023

_____
RICHARD SEEBORG
Chief United States District Judge